**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7135

DAVID JOSEPH ANNARELLI,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director, Virginia Department of Corrections; KEVIN PUNTURI, Warden, Pocahontas State Correction Center; DR. MULLINS, MD, Pocahontas State Correction Center; M. MURPHY, Psychologist Senior, Pocahontas State Correction Center; S. YATES, Health Authority, Pocahontas State Correction Center; T. HEFFINGER, ADA Coordinator, Pocahontas State Correction Center; C. SMALLING, Grievance Coordinator, Pocahontas State Correction Center; K. CROWDER, Western Regional Ombudsman,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:20-cv-00261-EKD-JCH)

Submitted:  July 28, 2023                           Decided:  August 21, 2023

Before GREGORY and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Joseph Annarelli, Appellant Pro Se.   Nathan Henry Schnetzler, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Joseph Annarelli appeals the district court's order granting summary judgment to Defendants on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Annarelli v. Clarke*, No. 7:20-cv-00261-EKD-JCH (W.D. Va. Sept. 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*